UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sandra Seidel,<br><br>                    Plaintiff,<br>v.<br><br>Focus Receivables Management, and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: 3:09-cv-01936-SRU |

### NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AGAINST FOCUS RECEIVABLES MANAGEMENT PURSUANT TO RULE 41(a)

Plaintiff, Sandra Seidel, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 16, 2010

Respectfully submitted,

By: ___/s/ Sergei Lemberg___
Sergei Lemberg, Esq. (Bar No. 425027)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system:

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.